684 A.2d 122

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Raymond Karl TREICH, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 15, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of November, 1996, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is hereby reversed. See *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996).